**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

FLOYD BOYCE,

        Petitioner,

v.                                         CIVIL CASE NO. 04-60137
                                              HON. MARIANNE O. BATTANI

LINDA METRISH,

        Respondent.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on August 24, 2006, and no objections having been filed thereto,

**IT IS SO ORDERED** that the Report and Recommendation is **ADOPTED** and that Petitioner's application for a writ of *habeas corpus* is **DENIED.**

                                                      s/Marianne O. Battani
                                                      MARIANNE O. BATTANI
                                                      UNITED STATES DISTRICT JUDGE

DATED: September 8, 2006

**CERTIFICATE OF SERVICE**

A Copy of this Order was mailed to the parties and/or attorneys on this date by ordinary mail and electronic filing.

                                                      s/Bernadette M. Thebolt
                                                      DEPUTY CLERK